IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:13cv139 (LMB/TCB) |
| ) | |
| JOHN DOES 1-18, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

On October 24, 2013, plaintiff filed a Motion for Default Judgment and Permanent Injunction [Dkt. No. 60], in which it asks the Court to enter default judgment against defendant Dmitry Chupakhin and permanently enjoin him from operating a computer "botnet" that has caused injury to plaintiff, its customers, and the public. On January 6, 2014, a magistrate judge issued a Report and Recommendation recommending that default judgment be entered against Chupakhin and that the Court grant the relief requested in plaintiff's Proposed Order [Dkt. No. 62-1].

The Report and Recommendation explicitly advised the parties that any objections had to be filed within fourteen (14) days of its service, in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b), and that a failure to file timely objections would waive appellate review of any judgment entered on the basis of the recommendations contained therein. As of April 1, 2014, no objections to the Report and Recommendation have been filed.

2

Having carefully reviewed the Report and Recommendation, the Court finds that it is accurate in all material respects. The factual findings and legal reasoning in the Report and Recommendation are adopted by this Court as its own. Accordingly, plaintiff's Motion for Default Judgment and Permanent Injunction [Dkt. No. 60] is GRANTED, and it is hereby

ORDERED that default judgment be and is entered in plaintiff's favor against defendant Dmitry Chupakhin; and it is further

ORDERED that plaintiff's Proposed Order [Dkt. No. 62-1] be and is ENTERED as the Injunction Order; and it is further

ORDERED that plaintiff mail copies of this Order and the Injunction Order to each of the domain and subdomain providers identified in Appendix A.

The Clerk is directed to enter final judgment in plaintiff's favor pursuant to Fed. R. Civ. P. 55 and to forward copies of this Order and the Injunction Order to counsel of record.

Entered this 2nd day of April, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge